UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PAPST LICENSING GMBH & CO.KG,<br><br>    Defendant. | Case No.  15-cv-02101-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have settled. *Papst Licensing GBMH & Co. KG v. HP Inc.*, Case No. 16-cv-575, Dkt. No. 70 (N.D. Cal. Jun. 23, 2016). Consequently, the Court vacates all pretrial deadlines and dismisses this case without prejudice. If any party certifies to the Court within 30 days from the date of this order that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed, the dismissal will be with prejudice as of that time.

**IT IS SO ORDERED.**

Dated: June 23, 2016

_____
JAMES DONATO
United States District Judge